UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** <br> **Plaintiff,** <br><br> v. <br><br> **NATIONAL HEALTH INSURANCE** <br> **COMPANY** <br> **Defendant.** | § <br> § <br> § <br> § <br> § <br> § <br> § Civil Case No.: 4:16-cv-1026-O <br> § <br> § <br> § <br> § |

## Notice of Settlement

KNOW ALL PERSONS BY THESE PRESENTS that Plaintiff and Defendant have fully and finally settled this matter.

**Dated:** February 17, 2016          */s/ Aaron K. Mulvey*_____

Aaron K. Mulvey
**The Law Offices of Aaron K. Mulvey, PLLC**
518 N. Manus Dr.
Dallas, TX 75224
Tel: 214-282-5215
Aaron@MulveyLaw.com