UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-cv-01026-O |
| | § | |
| **NATIONAL HEALTH INSURANCE COMPANY,** | § § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses the present action in its entirety against Defendant with prejudice.  Each party will bear its own costs.

Respectfully Submitted,


By:     /s/  Aaron K Mulvey
      Aaron K. Mulvey
      The Law Offices of Aaron K. Mulvey, PLLC
      518 N. Manus Drive
      Dallas, Texas 75224
      Tel: (214) 946-2222
      Aaron@MulveyLaw.com
      **ATTORNEY FOR CRAIG CUNNINGHAM**

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:     /s/ *Jason R. Jobe*
      Jason R. Jobe
      State Bar No. 24043743
      jjobe@thompsoncoe.com
      Plaza of the Americas
      700 North Pearl Street, Twenty-Fifth Floor
      Dallas, Texas 75201-2832
      Telephone:  (214) 871-8221
      Facsimile:   (214) 871-8209
      **ATTORNEYS FOR DEFENDANT NATIONAL HEALTH INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Texas, the foregoing **Stipulation of Dismissal**, by using the CM/ECF system, which will send notification of such filing(s) to:

Jason R. Jobe, Esq.
Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Attorneys for Defendant

Dated:  March 21, 2017


/s/ Aaron K. Mulvey
Aaron K. Mulvey